UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Peerless Indemnity Insurance Company, | Civil No. 15-04112 (ADM-LIB) |
| Plaintiff, | Judge Ann D. Montgomery |
| | Magistrate Judge Leo I. Brisbois |
| v. | |
| Sushi Avenue, Inc., | **DEFENDANT'S MOTION TO COMPEL AND REDESIGNATE CONFIDENTIAL MATERIAL** |
| Defendant. | |

TO: PLAINTIFF THROUGH ITS COUNSEL OF RECORD

**MOTION**

COMES NOW Defendant Sushi Avenue, Inc. ("Defendant"), who hereby moves the Court to compel production of documents on Plaintiff's Amended Redaction Log made through June 30, 2015 pursuant to Rules 26, 34 and 37 of the Federal Rules of Civil Procedure and to change the designation of a September 3, 2014 email as not subject to the attorney-client privilege or work product doctrine pursuant to Rule 26 of the Federal Rules of Civil Procedure, Rule 502 of the Federal Rules of Evidence and the Court's Protective Order.

This motion is made pursuant to Rules 26, 34 and 37 of the Federal Rules of Civil Procedure, Rule 502 of the Federal Rules of Evidence, Local Rule 7.1 and the Court's Protective Order. This motion is based on the files, records and proceedings herein, including the supporting memorandum of law filed and served by the Defendant pursuant to Local Rule 7.1(b).

                                      MADIGAN, DAHL & HARLAN, P.A.

Date: November 14, 2016        By: */s/Blair A. Harrington*
                                               Thomas P. Harlan (#210870)
                                               Jon R. Steckler (MN #322453)
                                               Blair A. Harrington (#0396504)
                                               Campbell Mithun Tower
                                               222 South Ninth Street, Suite 315 0
                                               Minneapolis, MN 55402
                                               Telephone: (612) 604-2000
                                               Facsimile: (612) 604-2599
                                               harlan@mdh-law.com
                                               steckler@mdh-law.com
                                               harrington@mdh-law.com

                                         *Attorneys for Defendant Sushi Avenue, Incorporated*

L:\N-S\Sushi Avenue, Inc\Peerless Indemnity Insurance Co Litigation\docs\Pleadings