## UNITED STATES DISTRICT COURT

### DISTRICT OF MINNESOTA

PLACEHOLDER FOR
**EXHIBIT 3 TO AFFIDAVIT
OF BLAIR A. HARRINGTON**

Peerless Indemnity Insurance Company,

        Plaintiff(s)

v.                                                   Case Number: 15-04112 (ADM-LIB)

Sushi Avenue, Inc.

        Defendant(s)

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

> Exhibit 3 of Affidavit of Blair A. Harrington – an email from Nicole Roy to Dawn Mathison dated September 3, 2014, identified as P-SA001745-6.

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

☐ Voluminous Document* (Document number of order granting leave to file conventionally: *Enter Doc. #*)

☐ Unable to Scan Documents (e.g., PDF file size of one page larger than 15MB, illegible when scanned)

☐ Physical Object (description): *Enter Description*

☐ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

☒ Item Under Seal pursuant to a court order* (Document number of protective order: <u>Doc. No. 18</u>)

☐ Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1
    (Document number of redacted version: *Enter Doc. #*)

☐ Other (description): *Enter Description*

* Filing of these items requires Judicial Approval.

E-file this place holder in ECF in place of the documents filed conventionally.  File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).

Form Updated 03/30/2016