UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Peerless Indemnity Insurance Company,   Civil No.: 15-cv-4112 (ADM/LIB)

    Plaintiff,

v.

Sushi Avenue, Inc.

    Defendant.

---

## STIPULATED MOTION TO MODIFY THE SECOND AMENDED PRETRIAL SCHEDULING ORDER

Plaintiff Peerless Indemnify Insurance Company and Defendant Sushi Avenue, Inc. (the "Parties"), by and through their respective counsel, hereby stipulate to and move this Court to modify the Second Amended Pretrial Scheduling Order to extend the pretrial deadlines pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Rules 7.1(b) and 16.3. Good cause exists to extend the twice amended pretrial schedule for the discovery that remains to be completed.

**STIPULATED TO:**

Dated: December 29, 2016        GROTEFELD HOFFMANN LLP

                                      */s/ Meghan M. Rodda*
                                      Daniel W. Berglund (MN #0329010)
                                      Meghan M. Rodda (MN #0394984)
                                      GROTEFELD, HOFFMANN, SCHLEITER,
                                      GORDON, OCHOA & EVINGER, LLP.

                                            150 South Fifth St. Suite 3650
Minneapolis, MN 55402
Telephone: (612) 564-4885
dberglund@ghlaw-llp.com
mrodda@ghlaw-llp.com

*Attorneys for Plaintiff*
*Peerless Indemnity Insurance Company*

MADIGAN, DAHL & HARLAN, P.A.

Dated: December 29, 2016          */s/ Blair A. Harrington*
Thomas P. Harlan (MN #210870)
Jon R. Steckler (MN #322453)
Blair A. Harrington (MN #0396504)
222 South Ninth Street, Suite 3150
Minneapolis, MN 55402
Telephone: (612) 604-2000
Facsimile: (612) 604-2599
harlan@mdh-law.com
steckler@mdhlaw.com
harrington@mdhlaw.com

*Attorneys for Defendant*
*Sushi Avenue, Incorporated*